# UNITED STATES DISTRICT COURT

### for the
### Western District of Wisconsin

| | |
|---|---|
| **KEVIN BACHHUBER, on behalf of himself and others similarly situated** )<br>)<br>) | |
| *Plaintiff* ) )| |
| v. ) ) | Civil Action No. 3:25-cv-01039 |
| **CAN I HAVE MONEY, LLC** ) ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Jeffrey Cohen, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to CAN I HAVE MONEY, LLC in Kings County, NY on December 24, 2025 at 9:54 am at 2067 McDonald Ave, Brooklyn, NY 11223 by leaving the following documents with Ariel Susman who as Manager is authorized by appointment or by law to receive service of process for CAN I HAVE MONEY, LLC.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT
CIVIL COVER SHEET
Race: White, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.6024312686,-73.9726844361
Photograph: See Exhibit 1

Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Kings County_____,

___NY____ on ___12/24/2025_____.

/s/ *Jeffrey Cohen*
_____
Signature
Jeffrey Cohen
+1 (929) 720-0549

