IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEVIN BACHHUBER,

    Plaintiff,

v.                                                                     Case No.: 25-cv-1039

CAN I HAVE MONEY, LLC,

    Defendant.

---

## ENTRY OF DEFAULT

---

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Can I Have Money, LLC, has failed to appear or otherwise defend as provided under the Federal Rules of Civil Procedure;

The Clerk hereby enters the default of Can I Have Money, LLC pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 25th day of February, 2026.

                                                                               s/L. Kamke, Deputy Clerk
                                                                               JOEL TURNER
                                                                               Clerk of Court
                                                                               United States District Court
                                                                               Western District of Wisconsin