**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**AT MADISON**

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and all others similarly situated, | Case No. 3:25-cv-01039-wmc |
| Plaintiff, | Honorable District Judge William M. Conley |
| v. | |
| CAN I HAVE MONEY, LLC, | Honorable Magistrate Judge Anita M. Boor |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kevin Bachhuber hereby gives notice that his claims in this action against Defendant Can I Have Money, LLC, are hereby voluntarily dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this 5th day of May, 2026.

By:   _/s/ Samuel J. Strauss_
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

1

2

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel J. Strauss, hereby certify that on May 5, 2026, I caused the foregoing to be transmitted by certified mail (postage prepaid, return receipt requested) to the following:

**CAN I HAVE MONEY, LLC**
c/o The LLC
2067 McDonald Avenue
Brooklyn, New York 11223

DATED this 5th day of May, 2026.

By*:*   */s/ Samuel J. Strauss*
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

2